UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FORI AUTOMATION, INC.,

    Plaintiff,

                                       Case No. 07-12527
-vs-                                       Hon: AVERN COHN

DURR SYSTEMS, INC.,

    Defendant.

_____/

## ORDER STAYING PROCEEDINGS

This is a patent case involving U.S. Patent No. 5,040,303 (the '303 patent), Toe Adjustment Method And Apparatus. At the initial status conference it appeared a settlement conference is in order as the first step forward in the case. Accordingly, proceedings are STAYED until further order of the Court. The Case Manager shall schedule a settlement conference to be attended by representatives of the parties with authority to discuss settlement amounts.

    SO ORDERED.


Dated: December 3, 2007          s/Avern Cohn
                                       AVERN COHN
                                       UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, December 3, 2007, by electronic and/or ordinary mail.

                                              s/Julie Owens
                                            Case Manager, (313) 234-5160